## GOTTLIEB v. FROST.

APPELLATE PRACTICE—ABSTRACT.

A writ of error may be dismissed for a failure to comply with the rules of court relating to abstracts.

*Error to the County Court of Arapahoe County.*

Messrs. ROSS & DEWEESE, for plaintiff in error.

Mr. GEO. B. CAMPBELL, for defendant in error.

PER CURIAM. The purported abstract of the record filed in this case by the plaintiff in error is in no sense a compliance with our rules. It contains no presentation of any part of the record to which reference is made in the assignment of errors, and utterly fails to advise us of the points relied on for the reversal of the judgment.

The writ of error will be dismissed.

*Dismissed.*